```
           UNITED STATES BANKRUPTCY COURT
            NORTHERN DISTRICT OF FLORIDA
                TALLAHASSEE DIVISION
```

IN RE:                                    CASE NO. 06-40312-TLH4
                                          CHAPTER 13
ARTHUR M. YOUMAN
ALICE M. YOUMAN

             Debtor(s)
_____/

### CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
### OF UNCLAIMED FUNDS

   **COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

   1.  The Trustee has issued check(s) FOR: MEDICAL GROUP OF NORTH FL which remains outstanding and uncleared.

   2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

   3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 408192 in the amount of $4.54 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| ARTHUR M. YOUMAN<br>ALICE M. YOUMAN<br>2855 APALACHEE PARKWAY, APT E213<br>TALLAHASSEE, FL 32301-3642 | MEDICAL GROUP OF NORTH FL<br>P.O. BOX 14100<br>TALLAHASSEE, FL 32317-4100 |

AND

MICHAEL C. GOLD, ESQ.
P.O. BOX 372
TALLAHASSEE, FL 32302

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE

2/16/2011 11:02 am / CR_213